**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

April 13, 2020

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Application **GRANTED**. Status conference **ADJOURNED** to 6/16/20 at 12:00 p.m. Time excluded.

**SO ORDERED.**

Re: **United States v. Hossein Wasiri,**
    **19 Cr. 423 (ALC)**

Dear Judge Carter:

I write with a consent of the government to request that the Court adjourn the conference currently scheduled for Wednesday, April 16, and reschedule it for a convenient date in June. I make this request in light of the ongoing coronavirus pandemic, which has disrupted my work on this matter. If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Jarrod Schaeffer

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 14, 2020