USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-1-20_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    19 Cr. 423 (ALC)

**ORDER**

-against-

Hossein Wasiri,

        Defendants.,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

    The October 8, 2020 status conference is adjourned to **January 28, 2021** at **3:30 p.m.**

    Accordingly, it is ORDERED: the time from October 8, 2020 through January 28, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       October 1, 2020

                                              _____
                                              ANDREW L. CARTER, JR.
                                              UNITED STATES DISTRICT JUDGE