# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2021

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/18/21

Re: **United States v. Hossein Wasiri,**
    **19 Cr. 423 (ALC)**

Dear Judge Carter:

I write to request that the Court adjourn the conference currently scheduled for Thursday, May 20, to a date in mid-July. The government has no objection to this request. Neither party has substantive updates to report to the Court at this time.

If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Jarrod Schaeffer

The application is **GRANTED.** Status conference adjourned to 7/15/21 at 2 p.m. Time excluded.
So Ordered.

*Andrew L. Carter*
5/18/21