**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 7, 2021

**BY ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/12/21

   Re: **United States v. Hossein Wasiri,
     19 Cr. 423 (ALC)**

Dear Judge Carter:

  I write with the consent of the government to request a three-week extension of the briefing schedule for Mr. Wasiri's anticipated venue motion, which is presently due to be filed by October 15, 2021. An extension is necessary both because I need to obtain additional records related to Mr. Wasiri's recent re-hospitalization and also to allow the parties further time to engage in discussions regarding the disposition of this case.

          Respectfully submitted,

          /s/
          Clay H. Kaminsky
          Assistant Federal Defender
          (212) 417-8749 / (646) 842-2622

cc: AUSA Jarrod Schaeffer

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter* 10/12/21