MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 1, 2021

**BY ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

11-2-21

Re: United States v. Hossein Wasiri,
19 Cr. 423 (ALC)

Dear Judge Carter:

I write with the consent of the government to request a further two-week extension of the briefing schedule for Mr. Wasiri's anticipated venue motion, which is presently due to be filed by November 5, 2021. I make this request because the parties are engaged in productive discussions that appear likely to obviate the need for motion practice.

A two-week extension of the motion deadline would make the defense motion due November 19, the government's opposition due December 10, and the defense reply due December 17. The parties submit that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), through December 17, 2021, in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Jarrod Schaeffer

The entire application is granted.
So Ordered.

/s/ Andrew L. Carter
11-2-21