UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

HOSSEIN WASIRI,

                Defendant.

------------------------------------------------------------ x

19-CR-423 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Change of Plea Hearing is set for **December 7, 2021** at **3:30 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:      New York, New York
               November 30, 2021

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**