**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 21, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/1/22

    Re:   **United States v. Hossein Wasiri,
           19 Cr. 423 (ALC)**

Dear Judge Carter:

    I write with the consent of the government to request (1) that Mr. Wasiri's sentencing be adjourned from Thursday, April 7, to Friday, April 22, 2022 at 2:00 p.m. and (2) that the sentencing proceed by videoconferencing on that date. The requested adjournment is necessary because the final presentence investigation report is not expected to be available until March 31, which is after the current defense submission deadline. I understand that both parties and the Court are available on the date and time requested. Video sentencing is appropriate because Mr. Wasiri is in poor health since his stroke with the result that it would very difficult for him to travel to New York from California.

                                                                Respectfully submitted,

                                                                /s/
                                                                Clay H. Kaminsky
                                                               Assistant Federal Defender
                                                               (212) 417-8749 / (646) 842-2622

cc:    AUSA Jarrod Schaeffer

The entire application is **GRANTED**. So Ordered.

*/s/ Andrew L. Carter*
4/1/22