**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___4/19/22___

----------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                         :
                                                      :
                                 **Plaintiff,**       :
                                                      :          **19-CR-423 (ALC)**
               **-against-**                          :
                                                      :          **ORDER**
**HOSSEIN WASIRI,**                                   :
                                                      :
                                 **Defendant.**       :
                                                      :
                                                      :
----------------------------------------------------------------- :
                                                      x

**ANDREW L. CARTER, JR., District Judge:**

A Video Sentencing is scheduled for **April 22, 2022** at **2:00 p.m.**

Members of the public and the press should dial 1-917-933-2166 on the date and time

specified above and once prompted, should dial Conference ID 597041732.  This is an audio

only line.

**SO ORDERED.**

**Dated:**       **New York, New York**
                 **April 19, 2022**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**