**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 30, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/5/22

    Re: **United States v. Hossein Wasiri,**
         19 Cr. 423 (ALC)

Dear Judge Carter:

    Today the government submitted a proposed order of restitution for the Court's consideration. Mr. Wasiri consents to the entry of the proposed restitution order.

    As noted on page 2 of the proposed order, under "2. Schedule of Payments," the Court has the authority to waive the interest that would otherwise accrue on Mr. Wasiri's restitution obligation if the Court determines that Mr. Wasiri does not have the ability to pay interest. See 18 U.S.C. § 3612(f)(3)(A).

    As the Court is aware, Mr. Wasiri went through a bankruptcy in 2016, suffered a stroke in 2021, and now works as an Uber driver. The Court declined to impose a fine at sentencing because of Mr. Wasiri's inability to pay a fine.

    Accordingly, I request that the Court waive the requirement of interest on Mr. Wasiri's restitution obligation pursuant to § 3612(f)(3)(A).

                                           Respectfully submitted,
                                           /s/
                                           Clay H. Kaminsky
                                           Assistant Federal Defender
                                           (212) 417-8749 / (646) 842-2622

cc:    AUSA Jarrod Schaeffer

The application to waive the requirement of interest on the restitution obligation is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
7/5/22